UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. PINKSTON, | ) | 1:00-CV-06193-REC-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING THIRD EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| v. | ) | |
| | ) | |
| DANIEL R. FIERRO, et al., | ) | |
| | ) | (DOCUMENT #122) |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2005, plaintiff filed a motion for a third extension of time to file a response to the motion for summary judgment filed by defendants on December 8, 2004. Good cause having been presented to the court, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED thirty days from the date of service of this order in which to file a response to the motion for summary judgment; and

2. No further extensions will be granted except upon a showing of good cause.

IT IS SO ORDERED.

**Dated:   May 23, 2005**               /s/ Sandra M. Snyder
b6edp0                                  UNITED STATES MAGISTRATE JUDGE