# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON, | CV F  00 6193 REC SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF TO AND INCLUDING AUGUST 4,2005.  (Doc.  131) |
| FIERRO, et. al., | |
| Defendants. | |

    Michael Alexandre Pinkston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On January 22, 2005, Plaintiff filed a document titled "Plaintiff's Final Status Report Concerning Factors that have Impacted the Case . . ." Buried in this document, Plaintiff states that he plans to have the Opposition to the Motion for Summary Judgment completed before August 4, 2005, and therefore, needs an extension of time until that date.

    The Court has examined the record and notes that the pending Motion for Summary Judgment was filed on December 8, 2004.  Since that time, Plaintiff has requested an extension of time to file the Opposition on January 19, 2005, February 2, 2005, March 8, 2005, May 3,

1

1  2005, June 24, 2005, and July 22, 2005.  Plaintiff has had well over six months to formulate an
2  Opposition.  Although the Court will grant this extension of time, rest assured that the Court will
3  not grant any further time but upon a showing of *extremely* good cause.
4         Accordingly, the Court HEREBY ORDERS the Opposition by Plaintiff is due on or
5  before August 4, 2005.
6         **No further extensions will be granted but upon a showing of extremely good cause.**
7
8  IT IS SO ORDERED.
9  **Dated:   July 26, 2005**                          /s/ Sandra M. Snyder
   b6edp0                                     UNITED STATES MAGISTRATE JUDGE

2