# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>FIERRO, et. al.,<br><br>    Defendants. | CV F   00 6193 REC SMS P<br><br>ORDER GRANTING PLAINTIFF'S SEVENTH REQUEST FOR AN EXTENSION OF TIME (Doc. 133.) |

Michael Alexandre Pinkston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 22, 2005, Plaintiff filed a document titled "Plaintiff's Final Status Report Concerning Factors that have Impacted the Case . . ." Buried in this document, Plaintiff states that he plans to have the Opposition to the Motion for Summary Judgment completed before August 4, 2005, and therefore, needs an extension of time until that date.

The Court has examined the record and notes that the pending Motion for Summary Judgment was filed on December 8, 2004. To date Plaintiff has filed seven (7) requests for an extension of time for numerous reasons, most of which concern circumstances faced by every

1

1 litigant proceeding in propria persona in a prisoner civil rights action. This time, Plaintiff states
2 that he is having difficulty in making photocopies of his now finished Opposition.  As noted in
3 the Court's prior order, no further extensions would be granted but upon a showing of extremely
4 good cause.  Plaintiff has had almost eight months in which to prepare and file an Opposition to
5 the Motion for Summary Judgment which includes the required photocopies.  Plaintiff has
6 presented a myriad of excuses as to why more time is needed for formulating and filing an
7 Opposition to the Motion to Dismiss.  However, the number of requests made by Plaintiff and his
8 justifications belie the legitimacy of his requests.  The Court has before it hundreds of cases
9 similar to Plaintiff's and has never had the occasion to grant seven extensions of time to any
10 party to file an Opposition to a dispositive motion.  Plaintiff's repeated requests border an abuse
11 of the process and any delay in resolving his case is attributable solely to him.  Accordingly,
12 The Court will grant Plaintiff's seventh (7th) and FINAL request for an extension of time but NO
13 FURTHER EXTENSION WILL BE GRANTED under ANY circumstances.
14        The Court HEREBY ORDERS:
15    1.    The Opposition to the Motion for Summary Judgment is DUE within fifteen (15)
16          days of the date of service of this Order.  The Court will proceed to resolution of
17          the pending Motion for Summary Judgment upon the expiration of these fifteen
18          days.

21 IT IS SO ORDERED.
22 **Dated:   August 11, 2005**          **/s/ Sandra M. Snyder**
   icido3                                UNITED STATES MAGISTRATE JUDGE

2