# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON, | CV F   00 6193 REC SMS P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO PROCESS ORIGINAL OPPOSITION OR DIRECT LITIGATION OFFICE TO MAKE PHOTOCOPIES (Doc. 135.) |
| FIERRO, et. al., | |
| Defendants. | |

Michael Alexandre Pinkston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 22, 2005, Plaintiff filed a document titled "Plaintiff's Final Status Report Concerning Factors that have Impacted the Case . . ." Buried in this document, Plaintiff states that he plans to have the Opposition to the Motion for Summary Judgment completed before August 4, 2005, and therefore, needs an extension of time until that date.

The Court has examined the record and notes that the pending Motion for Summary Judgment was filed on December 8, 2004. To date Plaintiff has filed seven (7) requests for an extension of time to file his Opposition, the most recent of which was granted on August 12,

1

1 2005, giving Plaintiff until the end of the month to file his Opposition. Plaintiff stated in his
2 most recent request for an extension of time that he finished the Opposition and just needed to
3 make photocopies. Now Plaintiff contends he will not be able to make photocopies by the end of
4 the month and so he seeks to be allowed to file his Opposition without copies or to Order the
5 Litigation Office to make copies on his behalf. Plaintiff states that he does not want to request
6 another extension of time or have to serve the documents late "as late as August 26, 2005."

7 The Court will not grant Plaintiff's request for an Order directing the prison to make
8 photocopies for him. Clearly, the Court's last order granted him an extension of time to meet a
9 deadline to file his Opposition. If Plaintiff is having difficulty getting to the law library to make
10 photocopies, he need only follow prison procedure and demonstrate to staff that he has a pending
11 deadline. The Court will also not relieve Plaintiff from serving his Opposition on the opposing
12 party as required by the Federal Rules of Civil Procedure.

13 This Court informed Plaintiff in its prior order that no further extensions would be
14 granted. Plaintiff's repeated requests for extensions of time for circumstances that most
15 prisoners face on a daily basis borders on an abuse of the process and can easily be construed as
16 purposeful delay of the case. Plaintiff did not seem to have difficulty obtaining the necessary
17 photocopies to file the instant motion and serve Defendants, yet he expects the Court to find his
18 statement that he has no access to a photocopier credible.

19 Accordingly, Plaintiff's Motion is DENIED. Plaintiff has been warned previously that
20 the Court will not entertain any further requests for an extension of time and will proceed with
21 the resolution of the case upon the expiration of the current extension.

24 IT IS SO ORDERED.

25 **Dated:   August 18, 2005**          **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE