UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. PINKSTON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>D. FIERRO, et al.,<br><br>　　Defendants. | 1:00-CV-06193-OWW-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION (DOCUMENT #155) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2006, defendants filed motion to extend time to file a dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   June 15, 2006**　　　　　　　　　**/s/ Sandra M. Snyder**
b6edp0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE