UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. PINKSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. FIERRO, et al.,<br><br>    Defendants. | 1:00-CV-06193-REC-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. 178) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of November 1, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of November 1, 2006.

IT IS SO ORDERED.

**Dated:    January 3, 2007**              /s/ Sandra M. Snyder
b6edp0                                UNITED STATES MAGISTRATE JUDGE