UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. PINKSTON, | ) | 1:00-CV-06193-LJO-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OBJECTIONS |
| | ) | |
| v. | ) | |
| | ) | |
| D. FIERRO, et al., | ) | (Doc. 180) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 2, 2007, plaintiff filed a motion for a second extension of time to file objections to the Magistrate's findings and recommendations of November 1, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of November 1, 2006. Plaintiff is forewarned that no further extensions will be granted but upon a showing of extremely good cause.

IT IS SO ORDERED.

**Dated:   March 21, 2007**          /s/ Sandra M. Snyder
b6edp0                                        UNITED STATES MAGISTRATE JUDGE