UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. PINKSTON,<br><br>        Plaintiff,<br><br>vs.<br><br>D. FIERRO, et al.,<br><br>        Defendant. | 1:00-cv-06193-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 177)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 161)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Michael A. Pinkston ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 1, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On December 11, 2006, February 2, 2007, May 1, 2007, Plaintiff filed a motion to extend time. On January 4, 2007 and March 21, 2007, respectively, the court granted Plaintiff an

1

additional thirty (30) days within which to respond.  On May 4, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed November 1, 2006, are ADOPTED IN FULL;

2.  Defendants' (second) motion for summary judgment, filed July 17, 2006, is GRANTED with respect to the Eighth Amendment excessive force claim [prolonged exposure to pepper spray]; and,

3.  This action is DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:   May 9, 2007**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE