# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>DANIEL R. FIERRO, individually; et al.,<br><br>Defendants - Appellees. | No. 07-16047<br>D.C. No. CV-00-06193-LJO<br><br>**ORDER** |

**FILED**
JUL 2 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [✓]

Explanation: _An absence of evidence is the reason for the original order, and this order as well._

_____
Judge
United States District Court

Date: July 21, 2007

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

July 12, 2007

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>DANIEL R. FIERRO, individually; et al.,<br><br>Defendants - Appellees. | No. 07-16047<br>D.C. No. CV-00-06193-LJO<br><br><br>**REFERRAL NOTICE** |

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk